UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Eugenia Pedraza                                    :
                                                   :
              Petitioner,                        :
                                                   :     **ORDER**
    -against-                                   :
                                                   :     09 Civ. 5078 (AKH)
                                                   :
Bedford Hills Correctional Facility                :
                                                   :
                                                   :
              Respondent.                        :
                                                   :
------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      The above-named petitioner, by petition dated May 29, 2009 has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case having recently been transferred to me, and in accordance with Rule 4 of the Rules Governing § 2254 Cases in the United States District Court, I have given the petition preliminary consideration, and upon such consideration, it is hereby:

      ORDERED that the respondent file an answer or other pleading to the petition within 60 days of the date of this Order, along with all transcripts, including sentencing minutes, trial court decisions, appellate decisions, and all briefs in the trial and appellate courts directly relevant to the matters raised in the petition;

      ORDERED that the Clerk of the Court shall serve, by certified mail, return receipt requested, a copy of this Order and the underlying petition upon the respondents, the Attorney General of the State of New York, Andrew M. Cuomo, and District Attorney of Bronx County, Robert Johnson. The Clerk of the Court shall also serve, by certified mail, return receipt

1

requested, a copy of this Order upon the petitioner;

ORDERED that petitioner shall have 30 days from the date on which he receives respondent's answer to file a response thereto. The petition will be considered fully submitted as of that date.

SO ORDERED.

Dated: New York, New York

Sep. 17, 2009

ALVIN K. HELLERSTEIN
United States District Judge